In the Matter of HELEN L. HARVEY, Appellant, against MARTIN P. CATHERWOOD, as Commissioner of Commerce, et al., Respondents.

Argued March 7, 1946; decided April 18, 1946.

*John T. DeGraff* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, John W. Barnell* and *John R. Davison* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.